IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTINA PERALTA HOFFMAN,

      Plaintiff,                                  No. CIV S-10-2377 DAD

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        <u>ORDER TO SHOW CAUSE</u>

      Defendant.
_____/

        On September 3, 2010, the court issued an Order Re Consent or Request for Reassignment, accompanied by an appropriate form. All parties were required to complete and file a copy of the form within 90 days. Although the 90-day period has expired, and defendant has filed a completed form, plaintiff has not yet filed the required form.

        IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a consent or request for reassignment form. Prompt filing of a completed form will be deemed full compliance with this order.

DATED: December 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
hoffman2377.osc.form