1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8961
       Facsimile: (415) 744-0134
7      Email: cynthia.denardi@ssa.gov

8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| VALENTINA P. HOFFMAN, | Case No. 2:10-2377-DAD |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME TO FILE ANSWER AND NOTICE OF FILING SOCIAL SECURITY ADMINSTRATIVE TRANSCRIPT AND PROPOSED ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties, through counsel, stipulate to a 30-day extension of time in which Defendant may file his Answer and Notice of Filing Social Security Administrative Transcript (Notice). To date, Defendant's counsel has not received a copy of the certified administrative transcript from the Appeals Council of the Office of Disability Adjudication and Review, located in Falls Church, Virginia. The Answer and Notice are due February 28, 2011. The new date for filing the Answer and Notice is March 30, 2011.

//

//

-1-

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 | Date: February 23, 2011 | s/ *Richard Allen Whitaker*\* |
| 4 |  | RICHARD ALLEN WHITAKER |
|   |  | (\* by email authorization) |
| 5 |  | Law Office of Richard Whitaker |
|   |  | Attorney for Plaintiff |
| 6 |  |  |
| 7 | Date: February 22, 2011 | BENJAMIN B. WAGNER |
| 8 |  | United States Attorney |
| 9 |  |  |
|   |  | /s/ *Cynthia B. De Nardi* |
| 10 |  | CYNTHIA B. DE NARDI |
|   |  | Special Assistant U.S. Attorney |
| 11 |  |  |
| 12 |  | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED:

**Date: 2/24/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE