1 Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2 2480 Hilborn Road, Suite 102
Fairfield, CA 94534
3 Ph: (707) 427-2237

4 Attorney for Plaintiff:
**Valentina Peralta Hoffman**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Valentina Peralta Hoffman** | Case No.: 2:10-cv-2377-DAD |
| Plaintiff | **STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/ OR REMAND AND ORDER** |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security | |
| Defendant. | |

The parties, through counsel, stipulate to an extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to June 1, 2011.

|  | Respectfully submitted, |
|---|---|
| April 14, 2011 | /s/ *Richard Allen Whitaker* |
|  | Richard Allen Whitaker, Esq. |
|  | Attorney for Plaintiff |
|  |  |
| April 14, 2011 | Benjamin B. Wagner |
|  | United States Attorney |
|  |  |
|  | /s/ *Cynthia B. De Nardi* |
|  |  |
|  | Cynthia B. De Nardi |
|  | Special Assistant, U.S. Attorney |

/ / / /

/ / / /

/ / / /

1

**ORDER**

Pursuant to the parties' stipulation, plaintiff's time to file her motion for summary judgment and/or remand is extended to June 1, 2011.

IT IS SO ORDERED.

DATED: April 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\hoffman2377.stipord.eot.pmsj