1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone:  (415) 977-8961
6       Facsimile:  (415) 744-0134
        Email: cynthia.denardi@ssa.gov
7
   Attorneys for Defendant
8
                  **UNITED STATES DISTRICT COURT**
9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  VALENTINA PERALTA HOFFMAN, )  Case No. 2:10-cv-2377-DAD
                               )
12        Plaintiff,           )  **STIPULATION AND ORDER FOR**
                               )  **A FIRST EXTENSION OF 30 DAYS**
13     vs.                     )  **FOR DEFENDANT TO RESPOND**
                               )  **TO PLAINTIFF'S MOTION FOR**
14  MICHAEL J. ASTRUE,         )  **SUMMARY JUDGMENT**
   Commissioner of Social Security, )
15                             )
          Defendant.           )
16                             )
                               )
17  _____

18        The parties hereby stipulate by counsel, with the Court's approval as

19  indicated by issuance of the attached Order, that Defendant shall have a first

20  extension of time of 30 days to respond to Plaintiff's motion for summary

21  judgment.

22        The undersigned requires additional time in order to respond to Plaintiff's

23  arguments because her briefing schedule was impacted by four time-sensitive

24  employment litigation tasks assigned yesterday.  The current date is June 30, 2011.

25  The new due date will be August 1, 2010.

26

                                    -1-

1    The parties further stipulate that the Court's Scheduling Order shall be

2 modified accordingly.

3                                        Respectfully submitted,

4

5 Date:  June 27, 2011                   /s/ *Richard Allen Whitaker
                                         RICHARD ALLEN WHITAKER
6                                        (by telephone authorization 6/24/11)
                                         Law Office of Richard Whitaker
7                                        Attorney for Plaintiff

8

9                                        BENJAMIN B. WAGNER
                                         United States Attorney
10                                       LUCILLE GONZALES MEIS
                                         Regional Chief Counsel, Region IX
11

12                                       /s/ Cynthia B. De Nardi
                                         CYNTHIA B. DE NARDI
13

14                                       Attorneys for Defendant

15                                       ORDER

16       The parties' stipulation is approved.  Defendant's time to respond to

17
   plaintiff's motion for summary judgment is extended to August 1, 2011, and the
18
   scheduling order is modified accordingly.
19

20       IT IS SO ORDERED.

21
   DATED: July 5, 2011
22

23                                       _____
                                         DALE A. DROZD
24                                       UNITED STATES MAGISTRATE JUDGE

25

26 ddad1\orders.socsec\hoffman2377.stipord.eot.dxmsj

                                        -2-